No. 234. UNITED STATES EX REL. CHICAGO GREAT WESTERN R. Co. ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL. October 8, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. MR. JUSTICE BRANDEIS took no part in the consideration or decision of this applica-

tion. *Messrs. Frank H. Towner, Ralph M. Shaw, Frank H. Moore, A. F. Smith*, and *Samuel W. Moore* for petitioners. *Messrs. Daniel W. Knowlton, E. M. Reidy, Samuel W. Sawyer, J. C. Gibson, Charles H. Woods, Bruce Scott, W. F. Dickinson, F. W. Clements, E. A. Boyd, Walter McFarland, J. M. Souby, H. H. Larrimore*, and *W. F. Peter* for respondents.